UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00385 |
| | § | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 121 E FULTON MATHIS, TEXAS 78368, AND 303 BEE STREET MATHIS, TEXAS 78368, *et al*, | § § § § § § § | |
| Defendants. | § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On April 10, 2014, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 25). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 25), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, Ricardo Guerrero's Motion to Set Aside Default Judgment (D.E. 23) is **DENIED**.

ORDERED this 19th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE